

# Missouri Court of Appeals
## Southern District

**JUNE 23, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD34061

   Re: JOSEPH RAYMOND SHAW,
   Movant-Appellant,
   vs.
   STATE OF MISSOURI,
   Respondent-Respondent.

2. Case No. SD34118

   Re: JAMES W. PIETZ,
   Appellant,
   vs.
   LINDA L. PIETZ,
   Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD33997

   Re: STATE OF MISSOURI,
   Plaintiff-Respondent,
   vs.
   CHARLES C. GOFORTH,
   Defendant-Appellant.